IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-03135-RBJ-BNB

AURORA BANK FSB, a Federal Savings Bank

    Plaintiff,

v.

1ST ADVANTAGE MORTGAGE, L.L.C., an Illinois Limited Liability Company a/k/a 1AM, L.L.C.; and DRAPER AND KRAMER MORTGAGE CORP., a Delaware Corporation, as successor to 1st Advantage Mortgage, L.L.C.

    Defendant.

## ORDER RE: NOTICE OF DISMISSAL

THIS COURT, upon review of Aurora's Notice of Dismissal and being sufficiently advised, hereby GRANTS Aurora's request and ORDERS that this matter is dismissed and further ORDERS that that the Court shall retain jurisdiction through and including January 15, 2014 to enforce the parties' settlement terms, should a dispute arise.

DATED this 7th day of August, 2013.

BY THE COURT:

_____
United States District Court Judge